IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH WILBUR, JR., | : | |
| Plaintiff, | : | |
| vs. | : | CA 17-00276-KD-C |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**ORDER**

This matter came on for oral argument on November 30, 2017, before the undersigned on Defendant United States of America's ("USA") Motion to Dismiss and Supporting Memorandum ("motion to dismiss"), (Doc. 25), which was filed on November 3, 2017. (*See* Docs. 31, 35, 39, & 43). At oral argument, the undersigned, also, addressed Plaintiff Joseph J. Wilbur, Jr.'s, Motion for Strike, (Doc. 32), which was filed on November 13, 2017; Motion to Leave, (Doc. 36), which was filed on November 18, 2017; Withdraw Motion to Leave, (Doc. 38), which was filed on November 21, 2017; and Supplement, (Doc. 42), which was filed on November 29, 2017.

Defendant USA's motion to dismiss, (Doc. 25), is **UNDER SUBMISSION** following oral argument. Plaintiff Wilbur's Motion for Strike, (Doc. 32), in which he motions the Court to strike pursuant to Rule 12(f), Federal Rules of Civil Procedure (hereinafter "FRCP" followed by the Rule number), Defendant USA's motion to dismiss, is hereby **DENIED** because the Court finds Defendant USA's motion to

dismiss raises issues as to this Court's jurisdiction to hear this matter. Plaintiff Wilbur's Withdraw Motion to Leave, (Doc. 38), in which he motions the Court to withdraw his request for leave to file an amended complaint in his Motion to Leave, (Doc. 36),[1] is hereby **GRANTED** and his Motion to Leave, (Doc. 36), is **WITHDRAWN** insofar as he requests leave to file an amended complaint. Plaintiff Wilbur's Motion to Leave, (Doc. 36), is hereby **DENIED** insofar as he requests the Court to waive PACER fees for him in this matter because he has not shown hardship to the Court beyond his verbal representations and has not presented the Court with legal precedent by which it could grant his request. Finally, Plaintiff Wilbur's Supplement, (Doc. 42), in which he motions the Court to file a supplement to his response to Defendant USA's motion to dismiss to address equitable tolling of his claims, is hereby **GRANTED**, and the Court will take his additional arguments under submission with Plaintiff's motion to dismiss, (Doc. 25).

    **DONE** and **ORDERED** this the 8th day of December 2017.

                              s/WILLIAM E. CASSADY
                              **UNITED STATES MAGISTRATE JUDGE**

---

[1] At oral argument, Plaintiff Wilbur confirmed he wished to withdraw his Motion to Leave, (Doc. 36).